UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIM BRIAN WOERNER,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 3:18-cv-261-HLA-JRK

## NOTICE TO THE COURT

**COMES NOW** the Plaintiff, KIM BRIAN WOERNER, by and through the undersigned Counsel, pursuant to the Court's October 4, 2018 Order (Doc. 55 at 7), and hereby gives notice to the Court that the case of *Hoffer v. Jones*, No. 4:17-cv-214-MW/CAS (N.D. Fla.) was resolved on April 18, 2019 with the entry of the attached Order on Cross-Motions for Summary Judgment.

Dated August 13, 2019.

**THE BONDERUD LAW FIRM, P.A.**

*/s/ Andrew Bonderud*
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
The Bonderud Law Firm, P.A.
301 W. Bay Street, #1433
Jacksonville, FL 32202
904-438-8082 (telephone)
904-800-1482 (facsimile)
BonderudLaw@gmail.com
Andrew@jax.lawyer
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on August 13, 2019, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing via e-mail to:

Erik Kverne, Esq.
Damaris Esperanza Reynolds, Esq.
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Erik.Kverne@myfloridalegal.com
Damaris.Reynolds@myfloridalegal.com
*Counsel for FDOC, Jones, Reimers, & Schouest*

Gregg A. Toomey, Esq.
The Toomey Law Firm LLC
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
gat@thetoomeylawfirm.com
*Counsel for Corizon LLC*

Ana Francolin Dolney, Esq.
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
121 S. Orange Ave., Suite 1500
Orlando, FL 32801
afrancolin@cmlawfirm.com
*Counsel for Centurion Managed Care of Florida, LLC and Haddad*

            */s/* **Andrew Bonderud**
            Attorney